**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 865**

| In the Matter of | Case Number: |
|---|---|
| NL Properties, LLC v. Bridge, Structural & Reinforcing Iron Workers, Local Union #1 | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NL Properties, LLC

**JUDGE GUZMAN**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
|---|
| Clifford A. Godiner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Clifford A. Godiner |
| FIRM |
| Thompson Coburn Fagel Haber LLP |
| STREET ADDRESS |
| One US Bank Plaza |
| CITY/STATE/ZIP |
| St. Louis, MO 63101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 314-552-6433 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT