IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| NL PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | Case No.: 08 CV 865 |
| | ) | |
| BRIDGE, STRUCTURAL & | ) | |
| REINFORCING IRON WORKERS | ) | |
| LOCAL UNION NO. 1, | ) | |
| Defendant. | ) | |

### *Notice of Filing*

To:   Clifford A. Godiner
       Richard E. Jaudes
       One US Bank Plaza
       St. Louis, Missouri 63101
       55 East Monroe Street
       40th Floor
       Chicago, IL 60603

   PLEASE TAKE NOTICE that on March 4, 2008, Defendant filed its Answer to Complaint with the Clerk of the District Court for the United States, located at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois.

                                By: S/ Frank A. Marco
                                       Frank A. Marco

Attorneys for the Defendant
2 N. LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

STATE OF ILLINOIS)
                  ) SS
COUNTY OF COOK )

Julie King, being first duly sworn on oath, deposes and says that she served the above and foregoing Answer to Complaint by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the _____ day of March, 2008.

Clifford A. Godiner
Richard E. Jaudes
One US Bank Plaza
St. Louis, Missouri 63101
55 East Monroe Street
40th Floor
Chicago, IL 60603

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

By: _____