# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

NL Properties, LLC

                                   Plaintiff,

v.                                                                                          Case No.:
                                                                                            1:08−cv−00865
                                                                                            Honorable Ronald
                                                                                            A. Guzman

Bridge, Structural & Reinforcing Iron Workers Local
Union #1

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/9/2008. Court adopts joint discovery plan. Rule 26(a)(1) disclosures by 4/30/08. Plaintiff to join parties and amend pleadings by 4/30/08. Defendant to join parties and amend pleadings by 5/10/08. All discovery ordered closed by 9/15/2008. Dispositive motions due by 10/15/2008. Status hearing set for 6/4/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.