UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NL PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08CV865 |
| ) | |
| BRIDGE, STRUCTURAL & ) | Judge Guzman |
| REINFORCING IRON WORKERS ) | |
| LOCAL UNION #1, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the agreement of the parties resolving this litigation, the parties, through their undersigned counsel, stipulate to the voluntary dismissal of this action without prejudice. The dismissal will become with prejudice on December 31, 2010, unless that date is extended by the Court or unless suit is refiled within the time allowed. Each party will bear its own costs, attorney's fees, and expenses.

Respectfully submitted,

| | |
|---|---|
| GREGORIO & ASSOCIATES | THOMPSON COBURN FAGEL HABER LLP |
| | |
| By:/s/Frank A. Marco (with consent) | By:/s/Clifford A. Godiner |
| Frank A. Marco | Clifford A. Godiner |
| 2 N. Lasalle St., Suite 1650 | One U.S. Bank Plaza |
| Chicago, IL 60602 | St. Louis, MO 63101 |
| (312) 263-2343 | (314) 552-6000 |
| fmarco@gregoriolaw.com | cgodiner@thompsoncoburn.com |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff |

4747905.2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 3, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: Frank Marco, Gregorio & Associates, 2 N. Lasalle Street, Suite 1650, Chicago, IL 60602.

                                                     /s/ Clifford A. Godiner