## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

NL Properties, LLC

                        Plaintiff,

v.                                                    Case No.: 1:08−cv−00865

                                                          Honorable Ronald A. Guzman

Bridge, Structural & Reinforcing Iron Workers Local Union #1

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to parties stipulation to dismiss, this action is hereby dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own attorneys fees and costs. Any pending motions or schedules in this case are stricken as moot.Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.